## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT COLORADO

Civil Action No. _____


DANA EIDSON,

      Plaintiff,

    v.

INTERNATIONAL BROTHERHOOD OF PAINTERS
AND ALLIED TRADES, DISTRICT COUNCIL 81,

      Defendant.

---

### NOTICE OF REMOVAL OF CIVIL ACTION

---

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441(a), Defendant International Union of Painters and Allied Trades, District Council 81, herein incorrectly sued as International Brotherhood of Painters and Allied Trades, District Council 81, removes the action entitled Dana Eidson v. International Brotherhood of Painters and Allied Trades, District Council 81, Case No. 2024CV33686, (the "Action") to the United States District Court for the District of Colorado. This Action was filed in the District Court for the County of Denver.

Removal is proper because, as set forth herein, this Court has subject matter jurisdiction over the claims at issue in the Action filed in County Court and the procedural requirements for removal have been met.

**A.    THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441.**

Plaintiff filed the Action in the District Court, County of Denver on November 27, 2024. A copy of the District Court Civil Summons, Complaint and Jury Demand and Waiver of Service are attached as Exhibits A, B and C.  Defendant was first provided notice of the filing on December 2, 2024.

The Complaint alleges that the Defendant violated 42 U.S.C. § 2000e, et seq., the Civil Rights Act of 1964.  The claim arises under federal law and as a result Defendant is entitled to remove the matter to this Court pursuant to 28 U.S.C. § 1441(a).

To the extent that Plaintiff alleges any claims arising under the Colorado state law, this Court has supplemental jurisdiction.

**B.    THE PROCEDURAL REQUIREMENTS OF REMOVAL ARE SATISFIED**.

Defendant was first provided notice of the lawsuit on December 2, 2024.  Removal is thus proper as it is accomplished within 30 days of the Defendant having notice of the action. The Denver County Court is located within the Judicial District of the United States District Court for the District of Colorado.  Thus, venue is proper in this Court because it is the "District and Division embracing the place where such action is pending."  28 U.S.C. § 1441(b).

Removing Defendant in accordance with 28 U.S.C. § 1446(d) will serve on Plaintiff and file with the Clerk of the Denver County Court a "Notice of Removal" attaching a copy of this Notice of Removal.

Pursuant to D.C.COLO.LCivR 81.1(a) and (b), Defendant shall separately file each pending motion, petition, and related response, reply and brief, if any, within fourteen (14) days of the filing of this Notice of Removal. Promptly after filing this Notice of Removal, written notice thereof will be served upon Plaintiff and a copy of this Notice of Removal will be

filed with the District Court of Denver County, Colorado, as provided by law.

Defendant states that no waiver and no admission of fact, law, or liability, including, without limitation, the amount of damages, is intended by this removal notice, and all defenses, affirmative defenses, and rights are hereby reserved.

No previous application has been made for the relief requested herein.

WHEREFORE, Defendants request that the Action be removed to the United States District Court for the District of Colorado, and that this Court assume and exercise jurisdiction of the State Court Action as if it had originally been filed in this Court.

Dated:  Greenwood Village, CO
        December 31, 2024

ROSENBLATT, GOSCH & REINKEN, PLLC

By: _____*/s William R. Reinken*_____
William R. Reinken
Attorneys for Defendant
8085 East Prentice Avenue
Greenwood Village, CO 80111

WEINBERG, ROGER & ROSENFELD

Maximillian D. Casillas
Attorneys for Defendant
800 Wilshire Blvd., Suite 1020
Los Angeles, California 90017

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2024, a true and correct copy of the foregoing NOTICE OF REMOVAL OF CIVIL ACTION was served via electronic mail delivery to the following:

Jennifer A. Fornetti
Mikayla Shaw
THE BOURASSA LAW GROUP, LLC
730 17th St. Suite 320
Denver, Colorado 80202
Tel: (303) 331-6186
Fax: (303) 331-6188
jfornetti@blgwins.com
mshaw@blgwins.com

By: ___*/s William R. Reinken*___
William R. Reinken
ROSENBLATT, GOSCH & REINKEN, PLLC

4